UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| RAYFIELD J. THIBEAUX,  )<br>　　　　　　　　　　　　 )<br>　　Plaintiff,　　　　　　 )<br>　v.　　　　　　　　　　　 )<br>　　　　　　　　　　　　　 )<br>SOCIAL SECURITY　　　　 )<br>ADMINISTRATION,　　　　 )<br>　　　　　　　　　　　　　 )<br>　　Defendant.　　　　　　 )<br>　　　　　　　　　　　　　 ) | Civil Action No. 12-01588 (RWR/AK) |

## **MEMORANDUM OPINION**

Pending before this Court is *pro se* Plaintiff's Motion for Court Ordered National HUD Subsidy Housing Voucher ("Motion") [34] and the Defendant's Opposition thereto ("Opposition") [35].  The instant case was filed on September 25, 2012, and it challenges decisions by the Social Security Administration regarding Plaintiff's applications for social security benefits under Titles II and XVI of the Social Security Act. (Complaint [1].)  The only defendant named in this case is the Social Security Administration.  The Department of Housing and Urban Development ("HUD") is not a named defendant in this case.  Because Plaintiff's Motion [34] seeks relief that is not set forth in the Complaint from a party that is not named as a defendant, Plaintiff's Motion must be denied.

DATED: September 30, 2015　　　　　　_____/s/_____
　　　　　　　　　　　　　　　　　　　　ALAN KAY
　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE